```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
S. S., individually and on behalf of K.C., a child with a              :
disability,                                                            :
                                                                       :
                        Plaintiff,                                     :
                                                                       :        21-CV-2134 (JPC)
        -v-                                                            :
                                                                       :        ORDER
                                                                       :
NEW YORK CITY DEPARTMENT OF EDUCATION,                                 :
                                                                       :
                        Defendant                                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the mediation conference scheduled for September 13, 2021 and the November 16, 2021 status conference, the Initial Pretrial Conference ("IPTC") scheduled for September 14, 2021 is adjourned *sine die*.

SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                                    _____
                                                                              JOHN P. CRONAN
                                                                         United States District Judge