```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
S.S, individually and on behalf of K.C., a child with a                :
disability,                                                            :
                                                                       :
                                        Plaintiffs,                    :    21 Civ. 2134 (JPC)
                                                                       :
                -v-                                                    :           ORDER
                                                                       :
NEW YORK CITY DEPARTMENT OF EDUCATION,                                 :
                                                                       :
                                        Defendant.                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a conference on June 15, 2022, at 11:00 a.m., during which the Court will address Plaintiffs' pending motion for summary judgment. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: June 8, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge